DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BLANCA ESTELA AGUILAR-GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00306 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date:  November 9, 2009 |
| BLANCA ESTELA AGUILAR-GUERRERO, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Blanc Estela Aguilar-Guerrero, that the date for status conference in this matter may be continued to November 9, 2009, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is October 26, 2009.  The requested new date is November 9, 2009.**

   This continuance is requested to provide additional time for Ms. Aguilar-Guerrero to consider the government's plea offer.  The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

///

///

For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                      LAWRENCE G. BROWN
Acting United States Attorney

DATED: October 22, 2009                By /s/ Susan Phan
                                                   SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff

                                                 DANIEL J. BRODERICK
Federal Defender

DATED: October 22, 2009                By /s/ Eric V. Kersten
                                                 ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
BLANCA ESTELA AGUILAR-GUERRERO

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated:   October 22, 2009**                      /s/ **Anthony W. Ishii**
                                                   CHIEF UNITED STATES DISTRICT JUDGE